**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-6451

ADONNIS R. SHEPHEARD, SR.,

Plaintiff - Appellant,

v.

SHELBY SEARLS, Warden; JOHN DOE, Correctional Officer; JANE DOE, Nurse; WEXFORD HEALTH CARE,

Defendants - Appellees,

and

CERTAIN JOHN DOE, Inmate at Huttonsville; JOHN DOE, Inmate at Huttonsville; HUTTONSVILLE CORRECTIONAL CENTER,

Defendants.

Appeal from the United States District Court for the Northern District of West Virginia, at Martinsburg.  Gina M. Groh, District Judge.  (3:22-cv-00055-GMG)

Submitted:  May 15, 2025                                      Decided:  May 19, 2025

Before NIEMEYER and HEYTENS, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Adonnis R. Shepheard, Sr., Appellant Pro Se. Kimberly M. Bandy, Natalie C. Schaefer, SHUMAN, MCCUSKEY & SLICER, PLLC, Charleston, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Adonnis R. Shepheard, Sr., appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on Shepheard's 42 U.S.C. § 1983 complaint. We have reviewed the record and find no reversible error. Accordingly, we deny Appellee Searls's motion to strike Shepheard's reply brief, deny Shepheard's motion to appoint counsel, and affirm the district court's order. *Shepheard v. Searls*, No. 3:22-cv-00055-GMG (N.D.W. Va. Apr. 4, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
